IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 97-10220

Summary Calendar

---

BILLY S. STRONG,

Plaintiff-Appellant,

versus

THE CITY OF GRAND PRAIRIE, TEXAS; JOHN
BRIMMER; GARY GWYN; HARRY CRUMB;
OLEN MANNING,

Defendants-Appellees.

---

Appeal from the United States District Court
For the Northern District of Texas
(3:95-CV-2605-T)

---

October 10, 1997

Before KING, HIGGINBOTHAM, and DAVIS, Circuit Judges.

PER CURIAM:[*]

Billy Strong appeals the district court's grant of summary judgment in favor of Officers John Brimmer and Olen Manning of the Grand Prairie Police Department. Strong alleges that Brimmer and Manning falsely arrested him and maliciously prosecuted him in connection with two separate arrest warrants. Strong argues on appeal that Brimmer and Manning are not entitled to qualified

---

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

immunity on his federal law claims and official immunity on his state law claims.

After reviewing the record, we conclude that Brimmer and Manning acted in an objectively reasonable manner and in good faith. In this regard, we agree with the reasoning of the district court. See Strong v. City of Grand Prairie, No. 3:95-CV-2605-T (N.D. Tex. Dec. 6, 1996); Strong v. City of Grand Prairie, No. 3:95-CV-2605-T (N.D. Tex. Jan. 8, 1997). Accordingly, Brimmer and Manning are entitled to summary judgment based upon qualified immunity and Texas's law of official immunity.

AFFIRMED.